ACCEPTED
00
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 9:38:33 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00424-CV

### IN THE COURT OF APPEALS
### FIRST COURT OF APPEALS DISTRICT
### HOUSTON DIVISION

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 9:38:33 AM
CHRISTOPHER A. PRINE
Clerk

**IN THE MATTER OF $80,600.00**

**v.**

**STATE OF TEXAS**

Appeal from the 351st Judicial District Court

Harris County, Texas

Honorable Mark Kent Ellis, Judge Presiding

### APPELLANT'S RESPONSE IN OPPOSITION
### TO MOTION FOR EXTENSION

**LAW OFFICE OF REGINA BACON CRISWELL**
Carriage Place
7803 Bent Briar
San Antonio, Texas 78250
TELEPHONE: (210) 775-1155
FACSIMILE: (210) 251-2071
**COUNSEL FOR APPELLANT**

TO THE HONORABLE JUSTICES OF THE COURT:

Now comes Appellant, and files this Response to the State's Third Motion for Extension of Time to File Brief and respectfully show the court as follows:

The State has requested three extensions of time to file its brief; the court granted the first two motions with no further extensions. On December 31, 2014, the day the State's brief was due, it filed a third motion for extension on essentially the same ground as its second motion; the attorney assigned to the case is busy working on other appeals. In fact, despite notice that no further extensions would be permitted, the State's motion reflects the attorney for the state has not even begun work on a responsive brief and requests yet another 30 day extension.

The State's third requested extension is not for good cause and fails to comply with TRAP 10.1(a)(5) and 10.5(b) because 1) the State made no attempt to confer and its motion includes no certificate of conference and 2) the motion fails to state that the State was previously granted two prior extensions to file its brief. Moreover, the State had notice that its second motion was granted without further extensions, yet waited until the extended deadline to file yet another motion requesting another extension.

The legislative intent of the extremely severe time limitations to perfect an appeal under §47.12 Tex. Code of Crim. Proc. is to ensure the rapid return of the seized property to its owner, and to guarantee quick and efficient case processing.

See State v. White, 930 S.W.2d 673, n.2 (Tex.App.-Waco 1996). Appellant objects to the State's third request for extension of time to file its brief; this court should deny the motion and find the Appellant's issues are unopposed.

WHEREFORE, Appellant prays the State's third request for extension until January 30, 2015 be denied.

Respectfully submitted this the 5th day of January, 2015.

**Regina Bacon Criswell**
*Attorney and Counselor at Law*
Carriage Place
7803 Bent Briar
San Antonio, Texas 78250

By: */S/Regina Bacon Criswell*
   SBN: 01496580
   (210) 775-1155 (ofc)
   (210) 251-2071 (fax)
   *Attorney for Petitioner*

**CERTIFICATE OF SERVICE**
   This is to certify that a true and correct copy of the above and forgoing will be served in accordance with the Texas Rules of Appellate Procedure on the persons listed below in the manner indicated.

Dan McCrory                          Via E-File/E-mail
Assistant District Attorney
Harris County, Texas


   */S/Regina Bacon Criswell*
   REGINA B. CRISWELL